RICHARD M. GRANT, ESQ. SBN 55677
1040 Main Street, Suite 102
Napa, CA 94559
Telephone: (707) 224-4871
Telecopier: (707) 224-4855

Attorney for Plaintiff
ROBERT E. VENER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ROBERT E. VENER

      Plaintiff,

v.

MATHEW SWARTZ, an individual, GREENTOWN FINANCIAL, INC., a Pennsylvania corporation, JOHN CLARKE, an individual, UNITED SPORTS NETWORK LLC, a Pennsylvania limited liability ADORNO & YOSS, P.A., a Florida professional association, and DOES 1-25, inclusive,

      Defendants.
_____/

Case No. C 04-1402

**EX PARTE APPLICATION TO CONTINUE HEARING AND FOR NEW SCHEDULING ORDER AND ORDER THEREON**

      Plaintiff Robert Vener, through his counsel, Richard M. Grant, hereby requests this Court continue the hearing presently set for June 24, 2005 and to order a new schedule for the filing and hearing of plaintiff's Motion for Entry of Default Judgment.

      This Application is based upon the following grounds and facts:

      1. Following the transfer of this matter to the Southern District of Florida, the case was settled as to all answering defendants, Gregory Martin and Adorno & Yoss, P.A., and said defendants were dismissed with prejudice on February 17, 2005. Subsequent thereto, this matter was transferred back to this Court.

Law Offices Of
Richard M. Grant
1040 Main Street, Suite 102
Napa, CA. 94559
(707) 224-4871

EX PARTE APPLICATION TO CONTINUE HEARING

1

2. The remaining defendants, who reside in Pennsylvania and who were served in April 2004 and November 2004, have never answered or otherwise appeared in this action and are in default.

3. Pursuant to the Court's order on April 22, 2005, counsel for plaintiff was to file the proofs of service against the remaining defendants and file his motion for entry of default to be heard on June 24, 2005.

4. Counsel was unable to locate the proofs of service, however, until following June 9, 2005. Accordingly counsel was not able to timely file his Motion. Additionally, counsel has a jury trial starting in the Marin Countuy Superior Court at 10:00 a.m. on June 24, 2005.

5. There being no prejudice to any party, plaintiff respectfully requests additional time in which to file the proofs of service, and to prepare and file his Motion for Entry of Default Judgment. Plaintiff requests that a new scheduling order be entered ordering proofs of service to be filed on or before June 30, 2005, that plaintiff's Motion for Entry of Default Judgment be heard on August 26, 2005 at 9:00 a.m. and that said motion be filed on or before July 22, 2005.

DATED: June 17, 2005

s/
RICHARD M. GRANT
Attorney for Plaintiff
Robert Vener

**IT IS SO ORDERED.**

DATED:

S
Ju



Law Offices Of
Richard M. Grant
1040 Main Street, Suite 102
Napa, CA. 94559
(707) 224-4871

EX PARTE APPLICATION TO CONTINUE HEARING