RICHARD M. GRANT, ESQ. (State Bar #55677)
1040 Main Street, Suite 102
Napa, CA 94559
Telephone: (707) 224-4871
Facsimile: (707)224-4855

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. VENER | Case No. C 04-1402 SI |
| Plaintiff, | **FINDINGS AND ORDER** |
| v. | |
| MATHEW SWARTZ, an individual, GREENTOWN FINANCIAL, INC., a Pennsylvania corporation, JOHN CLARKE, an individual, UNITED SPORTS Network, LLC, a Pennsylvania limited liablitly company, ADORNO & YOSS, P.A., a Florida professional association, and DOES 1-25, inclusive; | DATE: August 26, 2005<br>TIME: 9:00 A.M. |
| Defendants. / | |

The application of Plaintiff ROBERT E. VENER came on for hearing on August 26, 2005. The Court having read the pleadings, declarations, exhibits and other evidence presented by Plaintiff, and good cause appearing, the following Findings and Order are made.

1

JUDGMENT

# **FINDINGS OF FACT**

1. Defendants John Clarke, United Sports Network LLC, Mathew Swartz and Greentown Financial, Inc. have not appeared in this action and have not responded to the Complaint within the time permitted by law. Default was entered as to said Defendants on August 3, 2005.

2. Plaintiff ROBERT E. VENER is an individual residing in the State of California. Plaintiff was the incorporator of CapitalWorks Financial Corporation, a California corporation. Plaintiff has been assigned all of the rights and interests of any and all claims and causes of action against defendants Mathew Swartz, Greentown Financial, Inc., John Clarke and United Sports Network by CapitalWorks Financial Corporation.

3. On or about April 17, 2003 defendant Greentown and CapitalWorks entered into a written contract whereby CapitalWorks was to receive a loan from Greentown in the sum of $40,000,000.00.

4. As an inducement to enter into said contract, CapitalWorks received two documents supposedly showing that Greentown was a legitimate source of funds and vouching for their credibility. Said documents "disclosed" that Mathew Swartz and United Sports Network received a loan in the amount of $100,000,000.00 from "Atlantic Bank". Mathew Swartz was listed as Vice President of Finance and John Clarke as the Main Shareholder and Director of United Sports Network.

5. Following April 17, 2003, and pursuant to the instructions of Swartz, CapitalWorks forwarded to defendant Greentown the sum of $5,000.00 as partial payment of a "due diligence fee".

6. CapitalWorks never received any monies or funding whatsoever from defendants Greentown or Swartz. Additionally, although repeatedly asked to return the due diligence fee, said defendants failed and refused to do so.

7. Plaintiff subsequently discovered that the document sent to CapitalWorks stating that "Atlantic Bank" had extended a loan in the sum of $100,000,000. to United Sports Network was false and a forgery and that, in fact, there was no such transaction.

8. Because CapitalWorks never received any funds whatsoever from Greentown, and because it relied on defendants' representations for many months, CapitalWorks was never able to carry out its business plan (purchasing healthcare receivables) and was never able to do any business or make any profits. Because of the fraud of all said defendants, CapitalWorks sustained lost profits of at least $100,000.00.

9. At the time said representations were made they were false and Defendants knew them to be false. The true facts were that Swartz, Greentown, Clarke and United Sports Network conspired to deprive CapitalWorks of its monies and never intended to loan any amounts whatsoever to CapitalWorks.

10. In doing the acts herein alleged, Defendants acted with oppression, fraud and malice, and acted with a conscious disregard of the rights of others and with the intent to deprive Plaintiff of property or otherwise cause injury.

11. Plaintiff has incurred costs for filing and service of process.

**ORDER**

Judgment be granted to Plaintiff and against Defendants MATHEW SWARTZ, GREENTOWN FINANCIAL, INC, JOHN CLARKE and UNITED SPORTS NETWORK LLC in the amount of $100,000.00 ~~plus punitive damages in the sum of $100,000.00 plus costs, jointly and severally~~.

Dated: _____,2005.

_____
HON. SUSAN ILLSTON



GRANTED
Judge Susan Illston

3

JUDGMENT